# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-640-917**

Effective date of registration:

May 25, 2012

---

## Title
- **Title of Work:** Blood Money

## Completion/Publication
- **Year of Completion:** 2012

## Author
- **Author:** Ambrosia Pictures Pty Ltd
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** Australia
- **Domiciled in:** Australia

## Copyright claimant
- **Copyright Claimant:** Ambrosia Pictures Pty Ltd
  C/- Oxley Partners Accountants Suite 106, Springetts Arcade, 302 Bong Bong Street, Bowral, 2576, Australia

## Certification
- **Name:** Nathan Ross
- **Date:** May 22, 2012

Page 1 of 1